IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

MEDFORD DIVISION

MONIQUE de BOER, et al.,

    Plaintiffs,

vs.

DAY ELECTRIC, INC.,

    Defendant.

Case No. 1:20-cv-00458-CL

**OPINION AND ORDER**

AIKEN, District Judge:

Magistrate Judge Mark D. Clarke filed Findings and Recommendation ("F&R") (doc. 21) on July 17, 2020. The matter is now before me. *See* 28 U.S.C. § 636(b); Fed. R. Civ. P. 72. No objections have been timely filed. Although this relieves me of my obligation to perform a *de novo* review, I retain the obligation to "make an informed, final determination." *Britt v. Simi Valley Unified Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983), *overruled on other grounds*, *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121–22 (9th Cir. 2003) (en banc). The Magistrates Act does not specify a standard

of review in cases where no objections are filed.  *Ray v. Astrue*, 2012 WL 1598239, *1 (D. Or. May 7, 2012).  Following the recommendation of the Rules Advisory Committee, I review the F&R for "clear error on the face of the record[.]"  Fed. R. Civ. P. 72 advisory committee's note (1983) (citing *Campbell v. United States District Court*, 501 F.2d 196, 206 (9th Cir. 1974)); *see also United States v. Vonn*, 535 U.S. 55, 64 n.6 (2002) (stating that, "[i]n the absence of a clear legislative mandate, the Advisory Committee Notes provide a reliable source of insight into the meaning of" a federal rule).  Having reviewed the file of this case, I find no clear error.

THEREFORE, IT IS HEREBY ORDERED that I ADOPT Judge Clarke's F&R (doc. 21).  Plaintiff's Motion for Default Judgement (doc. 13) is GRANTED and judgment shall be entered against defendant Day Electric, Inc., in the amounts provided in the F&R.  Plaintiff's Motion for an Award of Attorney Fees, Expenses, and Costs (doc. 14) is also GRANTED and plaintiffs shall be awarded $2,894.20 in fees and costs.

Dated this 13th day of August 2020.

/s/Ann Aiken

Ann Aiken
United States District Judge